CHARLES FELDMAN, Respondent, *v.* THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

Submitted September 30, 1940; decided November 14, 1940.

*Charles Glatzer* for motion.
*James L. Quackenbush* opposed.

Motion denied without prejudice to the right of the respondent to move in this court that any brief filed after the time fixed by the rules should be disregarded. Appeal to be argued following order calendar of January, 1941, session.

TITLE GUARANTY AND TRUST COMPANY, as Trustee, Appellant, *v.* 2846 BRIGGS AVENUE, INC., Respondent, Impleaded with Others.

Submitted October 14, 1940; decided November 14, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 512.)